AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

United States of America

v.

MANUEL FERNANDO LOJA-LOJA

*Defendant*

Case No. 25-mj- 5097

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 28, 2025, in the Western District of New York, the defendant, an alien, and not a citizen or national of the United States, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

RYAN KWIATKOWSKI
PATROL AGENT
U.S. BORDER PATROL
*Printed name and title*

Sworn to before me and signed telephonically.

Date: April 15, 2025

*Judge's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK      )
COUNTY OF NIAGARA      )   SS:
CITY OF NIAGARA FALLS  )

I, **RYAN A. KWIATKOWSKI**, being duly sworn, deposes and states:

1. I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Niagara Falls, New York. I have been employed as a Border Patrol Agent for thirteen (13) years. In such capacity, my official duties include investigating persons who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to Illegal Re-Entry After Deportation in violation of Title 8, United States Code, Section 1326(a).

2. As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to affect arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Sections 1326(a).

3. I make this affidavit in support of a criminal complaint charging **MANUEL FERNANDO LOJA-LOJA**, (hereinafter "the defendant"), born in 1986, in Canar, Ecuador, an alien, with having been found in the United States after having been previously removed

or deported from the United States without first applying to the Attorney General, or his successor, the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Sections 1326(a).

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of official records, and upon information provided to me by other U.S. Border Patrol Agents and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Section 1326(a).

5. On or about March 28, 2025, at approximately 4:55p.m., Officer Swick of the North Tonawanda Police Department stopped a vehicle, for a traffic infraction, in the vicinity of Thompson Ave. and Payne Ave in North Tonawanda, New York, in the Western District of New York, and encountered the defendant as an occupant of the vehicle.

6. The North Tonawanda Police Department contacted the U.S. Border Patrol in order to assist them with identifying the occupants of the vehicle. Border Patrol Agent (BPA) David Bugenhagen and BPA Jason Saleh responded to the traffic stop. BPA Bugenhagen spoke with the defendant and determined through questioning that he is a citizen and national of Ecuador, and not a National of the United States. The defendant admitted to being a

citizen and national of Ecuador and that he did not have any documents that would allow him to be or remain in the United States lawfully

7. BPA Bugenhagen and BPA Saleh took the defendant into custody and transported him to Niagara Falls Border Station for further immigration processing. The defendant's fingerprints were electronically scanned into the Integrated Automated Fingerprint Identification System (IAFIS) to verify his identity and any immigration history he may have in the United States. This query resulted in an identical biometric match revealing that the defendant had been issued FBI number 800706CC2, and immigration fingerprint identification number (FIN) 14089716. FBI number 800706CC2 referenced no prior criminal history.

8. Immigration database record checks associated to alien number A097341167 revealed that the defendant was ordered removed once previously by an immigration judge. Records further revealed that the defendant was physically deported from the United States, through Miami, Florida on or about March 03, 2004.

9. Record checks failed to disclose any record that the defendant had applied for or received the requisite permission to reenter the United States from the Attorney General or the Secretary of Homeland Security.

10. Based upon the foregoing, your affiant respectfully submits that there is probable cause to believe that **MANUEL FERNANDO LOJA-LOJA,** was found in the

3

United States after having been previously deported and removed from the United States without first applying to the Attorney General, or the Secretary for the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
RYAN A. KWIATKOWSKI
U.S. Border Patrol Agent

Sworn to me and signed telephonically this 15th day of April, 2025.

_____
HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge

4